# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CONLEY, | Case No. C 09-01955 JCS |
| Plaintiff, | [PROPOSED] ORDER CONTINUING TIME TO COMPLETE MEDIATION |
| vs. | |
| COSTAMARE SHIPPING CO S.A. and DOES 1-20, | |
| Defendant. | |

  Good cause having been shown, the date that the parties must complete mediation is continued from November 30, 2009 to December 3, 2009.

DATED: __Sept. 25__, 2009

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE