1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  ANDRE CONLEY,                    )  Case No. C 09-01955 JCS
                                     )
12                     Plaintiff,    )  [PROPOSED] ORDER CONTINUING
                                     )  TIME TO COMPLETE MEDIATION
13         vs.                       )
                                     )
14  COSTAMARE SHIPPING CO S.A. and   )
    DOES 1-20,                       )
15                                   )
                       Defendant.    )
16  _____)

        Good cause having been shown, the date that the parties must complete
mediation is continued from November 30, 2009 to December 3, 2009.

DATED: ___Sept. 25_____, 2009
                                        _____
                                        JOSEPH C. SPERO
                                        UNITED STATES MAGISTRATE JUDGE