UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW CONLEY,            Case No. C09-01955 JCS

    Plaintiff(s),

    v.             **ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**

COSTAMARE SHIPPING CO S.A.,

    Defendant(s).
_____/

On November 6, 2009, the parties filed a joint case management conference statement requesting that the Court extend the deadline date for mediation, and to continue the December 4, 2009 case management conference date.

IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to January 31, 2010.

2. An updated joint case management conference statement shall be due by **February 5, 2010.**

3. A further case management conference is set for **February 12, 2010, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: November 20, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge