UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CONLEY, | Case No. C09-01955 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING FEBRUARY 12, 2010 MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| COSTAMARE SHIPPING CO S.A., | |
| Defendant(s). | |

On February 4, 2010, the parties field a Joint Case Management Conference Statement requesting that the Court cancel the requirement that the parties participate in mediation by February 12, 2010 and schedule a further case management conference for mid May.

IT IS HEREBY ORDERED that participation in mediation by February 12, 2010 is vacated, and a further case management conference is set for **May 14, 2010, at 1:30 p.m.** An updated joint case management conference statement shall be filed by **May 7, 2010.**

IT IS SO ORDERED.

Dated: February 8, 2010

JOSEPH C. SPERO
United States Magistrate Judge