**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW CONLEY,                              Case No.  C09-01955 JCS

        Plaintiff(s),

      v.                                   **ORDER VACATING FEBRUARY 12, 2010 MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**

COSTAMARE SHIPPING CO S.A.,

        Defendant(s).

_____/

     On February 4, 2010, the parties field a Joint Case Management Conference Statement requesting that the Court cancel the requirement that the parties participate in mediation by February 12, 2010 and schedule a further case management conference for mid May.

     IT IS HEREBY ORDERED that participation in mediation by February 12, 2010 is vacated, and a further case management conference is set for **May 14, 2010, at 1:30 p.m.**  An updated joint case management conference statement shall be filed by **May 7, 2010.**

     IT IS SO ORDERED.


Dated: February 8, 2010


                                  _____
                                  JOSEPH C. SPERO
                                  United States Magistrate Judge