NOV 09, 2010 16:57          .          5109850855                              Page 1
From:1234              415 398 2001        11/09/2010 12 51      #054 P.001/003

1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  1083 Mission St., Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4

5  Attorneys for Plaintiff
   ANDRE CONLEY
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10  ANDRE CONLEY,                    )  Case No. CV-01955-JCS
11                                   )
                                     )
12            Plaintiff,             )
                                     )
13       vs.                         )  SUBSTITUTION OF ATTORNEYS
                                     )
14  COSTMARE SHIPPING CO. S.A., and  )
    DOES 1-20                        )
15                                   )
              Defendants.            )
16  ------------------------------------- )

17

18      Plaintiff, ANDRE CONLEY, hereby substitutes and appoints BIRNBERG &

19  ASSOCIATES as his attorneys in the above entitled action, in place of WELTIN, STREB

20  & WELTIN.

21  Dated: November ____, 2010

22                                        _____
                                          Plaintiff, Andre Conley
23

24      We consent to the substitution:      WELTIN, STREB & WELTIN

25

26  Dated: November 9 , 2010

27                                        _____
                                          Patrick Streb
28

NOV 09, 2010 16:22   BIRNBERG ASSO          415 398 2001                    Page 1

1     We accept the substitution:        BIRNBERG & ASSOCIATES

2

3   Dated: November 9, 2010

4                                        Cory A. Birnberg

5

6   Dated:  November 12, 2010

7                     IT IS SO ORDERED

8                          Judge Joseph C. Spero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   BIRNBERG & ASSOCIATES

27

28

1    **PROOF OF SERVICE**

2    I am employed in the County of San Francisco, State of California. I am over the

3    age of 18 and not a party to the within action; my business address is 1083 Mission Street, Third Floor, San Francisco, California 94103.

4

5    On November 9, 2010 I served the foregoing document(s) described as:

6    SUBSTITUTION OF ATTORNEYS

7    on the following persons and entities, as addressed below, by the means indicated below:

8    John Cox           [email: john.cox@kyl.com]            Attorneys for Defendant
     John D. Giffin     [email: john.giffin@kyl.com]
9    KEESAL, YOUNG & LOGAN
     450 Pacific Avenue
10   San Francisco, CA 94133
     Tele: 415/398-6000
11   Fax: 415/981-0136

12
     Judith Leichtnam                                        Attorneys for Claimant
13   Laura Garrison Bruyneel                                      (Homeport Ins.)
     Bruyneel & Leichtnam
14   55 Francisco Street, Ste. 450
     San Francisco, CA 94133
15   Tele: 415/951-0900
16   Fax: 415/951-0901

17   Patrick Streb
     WELTIN, STREB & WELTIN
18   1432 Martin Luther King, Jr. Way
     Oakland, CA 94612
19   Tele: 510/251-6060
20   Fax: 510/251-6040

21   I am readily familiar with the firm's practice of collection and processing

22   correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with first class postage thereon fully prepaid at San

23   Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is

24   more than one day after date of deposit for mailing in affidavit.

25   This document was sent via:

26   [ X ]       Facsimile to: *all listed*
27   [  ]        Overnight/Next Day Delivery via:
     [ X ]       Regular United States mail with first class postage pre-paid.
28

Substitution of Attorneys              3              Case No. CV-01955-JCS

1

[ ]        Hand delivery
[ ]        Email

2

3            I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 9th day of November 2010, at San Francisco, California.

4

5                          By

6                            Rachel Gendell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BIRNBERG &
ASSOCIATES

26

1083 Mission Street
Third Floor
SAN FRANCISCO
CA. 94103

27

TEL (415) 398-1040
FAX (415) 398-2001

28

Substitution of Attorneys                4                Case No. CV-01955-JCS